```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLAUDIA JEAN-MARIE and VANEL VOLMA,

        Plaintiffs,

-against-

EAN HOLDINGS, LLC, JEAN POLICIA,
UNITED STATES POSTAL SERVICE, THOMAS
LICHIOVERI,

        Defendants.

1:23-cv-5796 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    This case was removed by Defendants from New York Supreme Court, Bronx County. As Plaintiffs have not entered a notice of appearance, Defendants are directed to serve Plaintiffs with the Notice of Removal and relevant documents, and to file proof of service on or before August 23, 2023. On or before that date, Defendants are also directed to file a status letter in this matter, advising the Court of their efforts to contact the Plaintiffs regarding the action in this forum.

**SO ORDERED.**

Date: August 15, 2023
      New York, NY

                                             */s/ Mary Kay Vyskocil*
                                          **MARY KAY VYSKOCIL**
                                          **United States District Judge**

1