USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/24/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLAUDIA JEAN-MARIE, et al.,

            Plaintiffs,

-against-

EAN HOLDINGS, LLC, et al.,

            Defendants.

1:23-cv-5796 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    As Plaintiffs and several Defendants have not yet appeared in this action, the Status Conference previously scheduled for October 10, 2023 at 3:30 PM is ADJOURNED *sine die*.

**SO ORDERED.**

Date: **August 24, 2023**
     **New York, NY**

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**

1