UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDIA JEAN-MARIE and VANEL VOLMA,

        Plaintiffs,

-against-

EAN HOLDINGS, LLC, JEAN POLICIA,
UNITED STATES POSTAL SERVICE, THOMAS
LICHIOVERI,

        Defendants.

1:23-cv-5796 (MKV)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/2024

MARY KAY VYSKOCIL, United States District Judge:

      IT IS HEREBY ORDERED that all parties in this action and the related action *Jean-Marie et al. v. United States Postal Service et al.*, Case No. 1:23-cv-02090-MKV are to appear for a status conference on February 13, 2024 at 2:00 PM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

**Date: January 22, 2024**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**