UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2024

CLAUDIA JEAN-MARIE and VANEL VOLMA,

Plaintiffs,

-against-

EAN HOLDINGS, LLC, JEAN POLICIA, UNITED STATES POSTAL SERVICE, THOMAS LICHIOVERI,

Defendants.

1:23-cv-5796 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On February 13, 2024, following an Initial Pretrial Conference in this action, the Court issued an Order in the related action *Jean-Marie et al. v. United States Postal Service et al.*, Case No. 1:23-cv-02090-MKV ordering Plaintiffs to file a stipulation of voluntary dismissal in this action by February 16, 2024.  [No. 1:23-cv-02090-MKV, ECF No. 31].  On February 14, 2024, Plaintiffs filed a Stipulation of Voluntary Dismissal in this action.  [ECF No. 24].  On February 15, 2024, the Clerk's Office notified Plaintiffs' attorney that the Stipulation of Voluntary dismissal was improperly filed.  The Clerk's Office directed Plaintiffs' attorney to "[u]se the event type Proposed Orders, Proposed Stipulation and Order."  To date, Plaintiffs have not re-filed the Stipulation of Voluntary Dismissal.  Accordingly, IT IS HEREBY ORDERED that Plaintiffs shall so re-file by February 26, 2024.

**SO ORDERED.**

**Date: February 22, 2024**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**