```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDIA JEAN-MARIE and VANEL VOLMA,

        Plaintiffs,

-against-

EAN HOLDINGS, LLC, JEAN POLICIA, UNITED STATES POSTAL SERVICE, THOMAS LICHIOVERI,

        Defendants.

1:23-cv-5796 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On February 13, 2024, following an Initial Pretrial Conference in this action, the Court issued an Order in the related action *Jean-Marie et al. v. United States Postal Service et al.*, Case No. 1:23-cv-02090-MKV (the "Related Action") ordering Plaintiffs to file a stipulation of voluntary dismissal in this action by February 16, 2024. [Related Action, ECF No. 31]. On February 14, 2024, Plaintiffs filed a stipulation of voluntary dismissal in this action. [ECF No. 24]. On February 15, 2024, the Clerk's Office notified Plaintiffs' attorney that the stipulation of voluntary dismissal was improperly filed. On February 22, 2024, the Court ordered Plaintiffs to re-file the stipulation of voluntary dismissal. [ECF No. 25]. Plaintiffs did not so re-file. On April 1, 2024, the Court again ordered, in the Related Action, Plaintiffs to re-file the stipulation of voluntary dismissal in this case. [Related Action, ECF No. 37]. Plaintiffs did not so re-file. On April 12, 2024, the Court again ordered, in the Related Action, Plaintiffs to re-file. [Related Case, ECF No. 38]. On the same date, Plaintiffs re-filed the stipulation of voluntary dismissal in this case. [ECF No. 27].

The Court has reviewed Plaintiffs' proposed Stipulation and Order of Dismissal Without Prejudice and notes that it does not dismiss this case in its entirety. Specifically, the Stipulation

does not dismiss Defendant EAN Holdings, LLC ("EAN").  Accordingly, Plaintiffs are HEREBY ORDERED to file, no later than May 1, 2024, a revised stipulation of voluntary dismissal dismissing this case in its entirety, or otherwise file a letter informing the Court as to the status of this case as against EAN.

Failure to comply with the Court's Orders and/or deadlines, Individual Rules of Practice, or the Local Rules may result in sanctions, including monetary penalties on counsel personally, preclusion at trial of information not provided, or preclusion and/or dismissal of claims or defenses.

**SO ORDERED.**

Date:  **April 24, 2024**  
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**